IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES R. GRISHAM and
SUSAN C. GRISHAM,

        JUDGMENT IN A CIVIL CASE

    Plaintiffs,

        13-cv-587-bbc

v.

INTEGRITY FIRST BANK,
DAVID KLEIN, MELISSA LANGBEHN KLEIN,
CHRISTINA COOPER, DAVID COOPER,
JAMES RUFLEDT, SUSAN RUFLEDT,
WILLIAM SCHUMACHER, BRENDA
SCHUMACHER, STEVE and JULIE STANKE,
MARLENE (KOSTKA) STANKE, GERALD L.
KOSTKA, GLORIA J. KOSTKA, ABBY BANK,
MARY LITZENBERGER, MICHAEL
LITZENBERGER, MONEY WISE, HARLAN
ACCOLA and BRENDA ACCOLA,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Integrity First Bank, David Klein, Melissa Langbehn Klein, Christina Cooper, David Cooper, James Rufledt, Susan Rufledt, William Schumacher, Brenda Schumacher, Steve and Julie Stanke, Marlene (Kosta) Stanke, Gerald L. Kostka, Gloria J. Kostka, Abby Bank, Mary Litzenberger, Michael Litzenberger, Money Wise, Harlan Accola and Brenda Accola dismissing this case for lack of subject matter jurisdiction.

| /s/ | 4/1/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |